934 A.2d 1160

**In re NOMINATION PAPERS OF Charlie L. WARREN, II, as an Independent Candidate for School Director of the Board of School Directors of the Chester Upland School District.**

**Petition of Marrea D. Walker–Smith.**

Supreme Court of Pennsylvania.

Oct. 22, 2007.

### ORDER

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED** and the Commonwealth Court's Order is **REVERSED** based on *In re Benkoski and Stewart*, 594 Pa. 37, 934 A.2d 1150, 785, 786 MAL 2007, 2007 WL 2938186 (2007), *reversing* 932 A.2d 1023 (2007).